UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6414 ODW(AGRx) | Date | August 30, 2010 |
|---|---|---|---|
| Title | Emily Roscum v. Kohls Department Stores Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Discharging Court's OSC re Dismissal for Lack of Prosecution [20]; Vacating Jury Trial, Related Pretrial Hearing Dates and Filing Deadlines;**

**Order to Show Cause re Settlement**

The Court has received the parties' Notices of Settlement [21; 22]. Accordingly, the above-referenced Order to Show Cause Re Dismissal [20] is DISCHARGED.

The Jury Trial scheduled for September 21, 2010 at 9:00 a.m., as well as all related pretrial hearing dates and filing deadlines, are hereby VACATED.

The Court ORDERS THE PARTIES TO SHOW CAUSE why settlement has not been finalized and sets a hearing on the matter for **Monday, September 20, 2010 at 1:30 p.m.** The hearing will be automatically vacated upon the filing of a Stipulation and Proposed Order of Dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |